**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-6713**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABEL PARAMA BORROMEO,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Charles H. Haden II, Chief District Judge. (CR-89-241)

———————————

Submitted: February 13, 1996      Decided: February 29, 1996

———————————

Before HAMILTON and MICHAEL, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Abel Parama Borromeo, Appellant Pro Se. Stephen Michael Horn, Assistant United States Attorney, Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's garnishment order. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Borromeo</u>, No. CR-89-241 (S.D.W. Va. Apr. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>